```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 27305
    OMAIRA MARRON
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-8244


-----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/10/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 01/08/2009.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
NISSAN INFINITI           SECURED NOT I    14213.55             .00           .00
LITTON LOAN SERVICING     MORTGAGE NOTI    NOT FILED            .00           .00
LITTON LOAN SERVICING     SECURED NOT I         .00             .00           .00
LITTON LOAN SERVICING     SECURED NOT I     8606.34             .00           .00
LITTON LOAN SERVICING     SECURED NOT I         .00             .00           .00
LITTON LOAN SERVICING     SECURED NOT I     3136.08             .00           .00
FREEDOM MORTGAGE          SECURED NOT I         .00             .00           .00
FREEDOM MORTGAGE          SECURED NOT I     8805.69             .00           .00
TEMPUS PALMS INTERNATION  SECURED NOT I    13790.24             .00           .00
CITIFINANCIAL MORTGAGE    SECURED NOT I         .00             .00           .00
STATE FARM BANK           SECURED NOT I         .00             .00           .00
STATE FARM BANK           UNSECURED        NOT FILED            .00           .00
TEMPUS PALMS INTERNATION  UNSECURED        NOT FILED            .00           .00
WFNNB/HARLEM FURNITURE    SECURED NOT I         .00             .00           .00
WFNNB/HARLEM FURNITURE    UNSECURED        NOT FILED            .00           .00
BANK OF AMERICA NA        UNSECURED        NOT FILED            .00           .00
CITIBANK                  UNSECURED        NOT FILED            .00           .00
GE MONEY BANK             UNSECURED        NOT FILED            .00           .00
NISSAN MOTOR ACCEPTANCE   UNSECURED        NOT FILED            .00           .00
JAHIRA JOHNSON            NOTICE ONLY      NOT FILED            .00           .00
SHIRLEY MOTON             NOTICE ONLY      NOT FILED            .00           .00
ARTHUR P SANDERMAN        DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 27305 OMAIRA MARRON
```

```
TRUSTEE COMPENSATION                                                       .00
DEBTOR REFUND                                                              .00
                                        ---------------    ---------------
TOTALS                                             .00                     .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                      /s/ Tom Vaughn
   Dated: 03/17/09                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```

                              PAGE   2
            CASE NO. 08 B 27305 OMAIRA MARRON